UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 17-cv-61217-VALLE

CONSENT CASE

GRACE LAMEY, on behalf of herself
and others similarly situated,

    Plaintiff,

v.

JETSMARTER, INC., a Delaware Corporation, and
SERGEY PETROSSOV, individually,

    Defendants.
_____/

**JOINT MOTION FOR APPROVAL OF THE PARTIES'
CONFIDENTIAL SETTLEMENT AGREEMENT AND DISMISSAL, WITH
PREJUDICE, BASED ON *IN CAMERA* INSPECTION**

    Plaintiff, GRACE LAMEY, and Opt-In Plaintiffs, TATIANA MORILLO, STEPHANIE BAUM, HEATHER JORGENSEN, JOSEPH BENSON, SARAH DAVIES, JANAY COLEMAN, and ABIGAIL LISTO, along with Defendants, JETSMARTER, INC. and SERGEY PETROSSOV, file this Joint Motion for Approval of the Parties' Confidential Settlement Agreement and Dismissal, with Prejudice, based on *in Camera* Inspection and respectfully state as follows:

    1.    This is an action filed under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201 *et seq.* which Plaintiff and Opt-In Plaintiffs sought the recovery of alleged unpaid overtime wages, liquidated damages, and attorneys' fees and costs in connection with Plaintiffs' employment as "Shuttle Experience Managers" with JETSMARTER, INC.

2. Defendants deny Plaintiffs' allegations and disputes the validity of Plaintiffs' claims but despite the Parties' differences, the Parties reached a compromise resolution of this matter following the parties' November 13, 2017 Mediation.

3. The Parties have executed a Confidential Settlement and Wage & Hour Release Agreement ("Confidential Settlement Agreement") that contains all terms of the Parties' settlement, and because of the nature of Plaintiffs' FLSA claims, the Parties' settlement of Plaintiffs' FLSA claims requires Court approval in order to become effective under the FLSA. *See Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1352 (11th Cir. 1982).

4. To avoid the uncertainties of litigation and the continued attorneys' fees and costs associated with this case, the Parties negotiated an amicable resolution of the matter. As set forth in the Parties' Confidential Settlement Agreement, Plaintiffs will each receive separate consideration to resolve their underlying claims, distinct from Plaintiffs' attorneys' fees and costs. Accordingly, the Parties' respectfully submit that the settlement herein represents a fair and reasonable compromise of disputed claims of liability and the amounts of wages and damages Plaintiffs could have recovered.

5. Throughout the entirety of all proceedings in this case, Plaintiffs and Defendants have been represented by competent counsel with experience in labor & employment law.

6. Simultaneous with the filing of the instant Motion, the Parties are submitting their Confidential Settlement Agreement via e-mail to the chambers of the Honorable Magistrate Judge Alicia Valle for *in camera* review, such that upon approval of the settlement, the Parties respectfully request the Court dismiss this action, with prejudice, while retaining jurisdiction to enforce the terms of the settlement for a period of sixty (60) days from the date of the Order of Approval and Dismissal. *See, e.g., Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

WHEREFORE, Plaintiff, GRACE LAMEY, and Opt-In Plaintiffs, TATIANA MORILLO,

STEPHANIE BAUM, HEATHER JORGENSEN, JOSEPH BENSON, SARAH DAVIES, JANAY COLEMAN, and ABIGAIL LISTO, along with Defendants, JETSMARTER, INC. and SERGEY PETROSSOV, respectfully request that the Court enter an Order: (1) approving the terms of the Confidential Settlement Agreement, (2) dismissing this action with prejudice, and (3) retaining jurisdiction to enforce the terms of the settlement for a period of sixty (60) days.

January 4, 2018                                       Respectfully submitted,

For Plaintiff and Opt-In Plaintiffs:                  For Defendants:

LAW OFFICE OF KEITH M. STERN, P.A.                    KOPELOWITZ OSTROW FERGUSON
One Flagler                                           WEISELBERG GILBERT
14 NE 1st Ave, Suite 800                              One W. Las Olas Blvd., Suite 500
Miami, Florida 33131                                  Fort Lauderdale, Florida 33301
Telephone: 305-901-1379                               Telephone: 954-525-4100
Facsimile: 561-288-9031                               Facsimile: 954-525-4300

By: *s/Keith M. Stern*                                By: *s/ Jonathan M. Streisfeld*
Keith M. Stern, Esq.                                  Jeff M. Ostrow, Esq.
Florida Bar No. 321000                                Florida Bar No. 121452
E-mail: employlaw@keithstern.com                      E-mail: ostrow@kolawyers.com
Hazel Solis Rojas, Esq.                               Jonathan M. Streisfeld, Esq.
Florida Bar No. 91663                                 Florida Bar No. 117447
E-mail: hsolis@workingforyou.com                      E-mail: streisfeld@kolawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served via CM/ECF on all counsel of record on this 4th day of January, 2018.

By: *s/Keith M. Stern*
Keith M. Stern, Esq.
Florida Bar No. 321000